**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BAKER, ) | Case No.: 2:20-cv-01642-DMC |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL, ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, ) | U.S.C. § 1920 |
| ) | |
| Defendant ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: August 3, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

-1-